UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDOOL AZEEZ,

               Petitioner,

22-CV-6028(LTS)

CIVIL JUDGMENT

     For the reasons stated in the October 24, 2022, order, this action is dismissed.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 24, 2022
           New York, New York

                                             /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                   Chief United States District Judge