# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT FILED JUL 29 2025 SOUTHERN DISTRICT OF NEW YORK

Abdool Azeez
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Superintendent Lynn Lilly
(List the full name(s) of the defendant(s)/respondent(s).)

22 CV 6028 (KMK)(JCM)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

**MEMO ENDORSED**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 08/07/2024 but did not file a notice of appeal within the required time period because: I never was served with a copy of the Report and Recommendation Dated August 7, 2024 Pursuant to FRCP Rule 72(a)(b)(1), Rule 77(d)(1), in order to timely object to it Pursuant to FRCP Rule 72(a)(b)(2). The R&R was never available on Westlaw prior to July 3, 2025.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: July 22nd 2025

Signature: /s/ Abdool A.

Name (Last, First, MI): Azeez Abdool S.

Address: PO Box 338 Eastern N.Y. Correctional Facility 30 Institution Road
City: Napanoch
State: NY
Zip Code: 12458-0338

Telephone Number: None

E-mail Address (if available): None

Rev. 3/27/15

Granted. Pursuant to Fed. R. App. P. 4(a)(5)(C), Plaintiff shall file a notice of appeal by no later than September 2, 2025.
ORDERED.
8/7/2025

/s/ KMK