UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDOOL AZEEZ,

*Petitioner*,

v.

SUPERINTENDENT LYNN LILLY,

*Respondent*.

No. 22-CV-6028 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

On January 20, 2026, Petitioner filed two documents which appear to seek emergency injunctive relief from this Court's prior Order in this Action.  (*See* Dkt. Nos. 84–85 (seeking relief from the Honorable Laura Taylor Swain and naming the Honorable Kenneth M. Karas and the Honorable Judith C. McCarthy as Defendants).)

The Clerk of Court is respectfully directed to open a new civil action with these two filings and close the pending Motion at Dkt. No. 84 and mail a copy of this Order to Petitioner.

SO ORDERED.

DATED:    January 29, 2026
          White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE